

FILED
JUL 3 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

JENNIFER A. POYNER

Case No. 2:19mj377
Court Date: August 5, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation Notice No. 6338777

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 9, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JENNIFER A. POYNER, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

### COUNT TWO
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 9, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, in and on federal property in the Eastern District of Virginia, the defendant, JENNIFER A. POYNER, did fail to comply with official signs of a prohibitory, regulatory, or directory nature.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.385).

RECEIVED
2019 JUL -1 P 3:36
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

Respectfully submitted,

G. Zachary Terwilliger<br>
United States Attorney

By: *[signature]*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
<u>James.Cole@usdoj.gov</u>

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*[signature]*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
<u>James.Cole@usdoj.gov</u>

1 July 2019
Date

2